CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 31 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH NORMAN, | ) | Civil Action No. 7:11-cv-00243 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SERGEANT GREER, | ) | By: Hon. James C. Turk |
| Defendant. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claim in a new and separate action at the time of his choice.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 31st day of May, 2011.

/s/ James C. Turk
Senior United States District Judge